[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED
6/5/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff
John W. Miller

v.

Defendant
Tarnofsky, Cronan, et. al.

Case Number: 1:25-cv-04576

Judge: TBD - Judge Wood is a named defendant in this case and has violated my U.S. Copyright "exclusive rights". Judge Wood must recuse from this case

Magistrate Judge:

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**John W. Miller**,
U.S. Copyright Holder of TXu 2-376-410
U.S. Constitutional Authority
Plaintiff,

v.

**Judge Laura Taylor Swain**,
**Judge Allison D. Burroughs**,
**AUSA Thomas Kanwit**,

Defendants.

Case No. 1:25-cv-04576

## JUDICIAL RICO COMPLAINT – WAVE 4 SUBMISSION

This Wave 4 addition to the Judicial RICO Complaint supplements the coordinated conspiracy of constitutional sabotage and obstruction already filed under this case. Pursuant to 18 U.S.C. § 1961 et seq. and 42 U.S.C. § 1983, the following defendants are named for their direct role in obstructing the Plaintiff's enforcement of Final Judgments and violating his exclusive rights under the U.S. Copyright Act.

**Defendant: Chief Judge Laura Taylor Swain**
**Violation(s):** Despite being informed by affidavit and sworn motions of the certified Final Default Judgment in Case No. 1:25-cv-1172 (SDNY), Swain has willfully failed to respond, act, or assign an Article III Judge for enforcement. Her silence constitutes deliberate obstruction of judgment collection and a coordinated refusal to honor the Seventh Amendment and Rule 55 Final Default authority. Judge Swain is further liable for perpetuating docket suppression through Clerk Tammi L. Hellwig and protecting other bad actors including Judge Cronan and Tarnofsky.

**Defendant: Judge Allison D. Burroughs**
**Violation(s):** Burroughs unlawfully dismissed the Plaintiff's U.S. Copyright case without any appearance or defense from the U.S. Government. She ignored the default posture and refused to acknowledge the U.S. Government's failure to file a notice of appearance. She colluded with AUSA Kanwit to obscure Plaintiff's exclusive rights, failing to grant summary judgment and allowing unauthorized dismissal.

**Defendant: AUSA Thomas Kanwit**
**Violation(s):** In direct defiance of Plaintiff's exclusive rights under the U.S. Copyright Act, AUSA Kanwit claimed to represent unnamed "clients" in their official capacity, without clarifying who he actually represented. The only named defendant was the U.S. Government. His

misrepresentation, concealment of judicial communication, and refusal to produce documents constitute obstruction and violate the First Amendment petition clause and due process rights.

## RESERVATION OF RIGHTS

Plaintiff reserves the right to expand this complaint with further judicial and administrative actors found to have participated in the same RICO enterprise of sabotage, constitutional violation, and obstruction of copyright enforcement.

Respectfully submitted,
/s/ John W. Miller
Plaintiff, Pro Se
U.S. Copyright Holder of TXu 2-376-410
U.S. Constitutional Authority
33 Gill Rd.
Waltham, MA 02453
jwmiller3827@protonmail.com
(510) 710-5239
Dated: June 5, 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

John W. Miller

*Plaintiff(s)*

v.

Laura Taylor Swain (Individual Capacity)

*Defendant(s)*

Civil Action No. 1:25-cv-04576

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Laura Taylor Swain (Individual Capacity)
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John W. Miller
U.S. Constitutional Authority and U.S. Copyright TXu 2-376-410 Owner
33 Gill rd., Waltham, MA 02453 510-710-5239

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

John W. Miller

*Plaintiff(s)*

v.

Allison Dale Burroughs (Individual Capacity)

*Defendant(s)*

Civil Action No. 1:25-cv-04576

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Allison Dale Burroughs (Individual Capacity)
U.S. District Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John W. Miller
U.S. Constitutional Authority and U.S. Copyright TXu 2-376-410 Owner
33 Gill rd., Waltham, MA 02453 510-710-5239

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

John W. Miller

Plaintiff(s)

v.

Thomas E. Kanwit (Individual Capacity)

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:25-cv-04576

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas E. Kanwit (Individual Capacity)
Assistant U.S. Attorney, District of Massachusetts
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John W. Miller
U.S. Constitutional Authority and U.S. Copyright TXu 2-376-410 Owner
33 Gill rd., Waltham, MA 02453 510-710-5239

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc:

Print  Save As...  Reset